FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 9 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-3304MV |
| | ) | |
| vs. | ) | Count 1:  18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2):  Felon in Possession of a Firearm |
| | ) | and Ammunition; |
| **WALDO NAHLE,** | ) | |
| **ABEL PEREA,** and | ) | Counts 2 and 5: 21 U.S.C. § 846: Conspiracy; |
| **RICHARD LUCERO,** | ) | |
| | ) | Counts 3 and 4: 21 U.S.C. §§ 841(a)(1) and |
| Defendants. | ) | (b)(1)(C): Distribution of a Mixture and |
| | ) | Substance Containing Methamphetamine; 18 |
| | ) | U.S.C. § 2: Aiding and Abetting; |
| | ) | |
| | ) | Count 6: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B): Distribution of 50 Grams and More |
| | ) | of a Mixture and Substance Containing |
| | ) | Methamphetamine; 18 U.S.C. § 2: Aiding and |
| | ) | Abetting; |
| | ) | |
| | ) | Count 7: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(C): Distribution of a Mixture and |
| | ) | Substance Containing Methamphetamine. |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>Count 1</u>

On or about July 13, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **WALDO NAHLE**, having been convicted of the following felony crimes punishable

by imprisonment for a term exceeding one year:

(1)     armed robbery with deadly weapon,

(2)     battery upon peace officer,

(3)     felon in possession, and

(4)      shooting from motor vehicle,

knowingly possessed, in and affecting commerce, a firearm and ammunition:

(1)      Ruger, model P95, 9mm caliber pistol, serial number 317-71909, and

(2)      eight (8) 9mm cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count 2

Beginning on a date unknown, but not later than on or about July 13, 2016, and

continuing through on or about July 19, 2016, in Bernalillo County, in the District of New

Mexico, the defendants, **WALDO NAHLE, ABEL PEREA**, and **RICHARD LUCERO,**

unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted

interdependently with each other and with other persons whose names are known and unknown

to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(C),

specifically, to distribute a mixture and substance containing a detectable amount of

methamphetamine.

In violation of 21 U.S.C. § 846.

## Count 3

On or about July 13, 2016, in Bernalillo County, in the District of New Mexico, the

defendants, **WALDO NAHLE, ABEL PEREA,** and **RICHARD LUCERO,** unlawfully,

knowingly, and intentionally distributed a controlled substance, a mixture and substance

containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count 4

On or about July 19, 2016, in Bernalillo County, in the District of New Mexico, the defendants, **WALDO NAHLE, ABEL PEREA**, and **RICHARD LUCERO,** unlawfully, knowingly, and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count 5

Beginning on a date unknown, but not later than on or about July 26, 2016, and continuing through on or about August 9, 2016, in Bernalillo County, in the District of New Mexico, the defendants, **WALDO NAHLE** and **ABEL PEREA**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), specifically, to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 846.

## Count 6

On or about July 26, 2016, in Bernalillo County, in the District of New Mexico, the defendants, **WALDO NAHLE** and **ABEL PEREA**, unlawfully, knowingly, and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

Count 7

On or about July 27, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **ABEL PEREA,** unlawfully, knowingly and intentionally distributed a controlled

substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION

The charges in this indictment are re-alleged and incorporated by reference for the

purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendants,

**WALDO NAHLE, ABEL PEREA,** and **RICHARD LUCERO,** shall forfeit to the United

States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained,

directly or indirectly, as a result of each offense for which the defendants are convicted, and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the offense of conviction.

The property to be forfeited to the United States includes, but is not limited to, the

following:

MONEY JUDGMENT

A sum of money of approximately $2,920.00 in U.S. currency.

SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third party;

4

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without
difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), 18 U.S.C. § 982(b), and 28

U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants up to the value of the

forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
08/09/16  10:12AM